UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TAXLAND COMPANY, INC.,

        Defendant.

Case No: 1:12 CV 07276

District Judge Harry D. Leinenweber

## UNCONTESTED MOTION FOR ENTRY OF JUDGMENT

In accord with their recently filed stipulation, *ECF No. 24*, the parties jointly move for immediate issuance and entry of the SUMMARY JUDGMENT proposed by the United States, which was submitted to the Court in the manner prescribed in its standing orders along with the government's MOTION FOR SUMMARY JUDGMENT, *ECF No. 20.*

Respectfully submitted by the parties on this date,

KATHRYN KENEALLY
Assistant Attorney General
Tax Division U.S. Dept. of Justice

*Local Counsel:*

ZACHARY T. FARDON
United States Attorney

/s/ L. Steven Schifano
_____
L. Steven Schifano, Trial Attorney
U.S. Department of Justice Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6575 Phone
(202) 514-5238 Fax
l.steven.schifano@usdoj.gov
Wisconsin Bar # 1019644
Counsel for the United States

10909468.1

Taxland Company, Inc.

/s/ Kathleen M. Lach
_____
Kathleen M. Lach
Attorney at Law
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606-3910
(312) 876-6660 Office
(312) 876-6280 Fax
KMLach@arnstein.com
Counsel for Taxland Company Inc.

10909468.1

I certify that the attached document has been served this date via electronic court filing upon the following:

**Taxland Corporation**
c/o Atty. Kathleen Lach

Tuesday, December 31, 2013

/s/ L. Steven Schifano
_____
L. Steven Schifano, Trial Attorney
U.S. Department of Justice Tax Division
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

10909468.1